DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:   BROCK, RONALD L ) Case No. 96-03617-R33
         BROCK, MARY T   )
                         )
         Debtor(s).      )

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum of $ 210.15 BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 0018 | COLE STANTON<br>1201 3rd AVE   STE:3400<br>SEATTLE WA 98101-3034 | $ 210.15 |

Dated: April 17, 2001

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

**FILED**

APR 19 2001

T.S. McGREGOR, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

ORIGINAL

Receipt # 04811559    4-19-01    $210.15