DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:   BROCK, RONALD L        ) Case No. 96-03617-R33
         BROCK, MARY T          )
                                )
                  Debtor(s).    )

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum of $ 137.64 BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 0018 | COLE STANTON<br>1201 3rd AVE  STE:3400<br>SEATTLE WA 98101-3034 | $ 137.64 |

Dated: August 15, 2001

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

**FILED**

AUG 28 2001

T.S. McGREGOR, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

Receipt 04817447      8/28/01      $ 137.64