DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: BROCK, RONALD L ) Case No. 96-03617-R33
BROCK, MARY T )
)
Debtor(s). )

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum of $ 37.89 BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---------|----------|--------|
| 2006 | MONTGOMERY WARD BANKRUPTCY DEPARTMENT PO BOX 103103 ROSWELL GA 30076 | $ 37.89 |

Dated: December 18, 2001

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 04822499    12-21-01    $37.89